## UNITED STATES of America, Plaintiff–Appellee,

v.

## Kim Rodney FARR, Defendant–Appellant.

### No. 00–7655.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 22, 2001.

Rodney Farr, pro se. Kenneth Michel Smith, Office of the United States Attorney, Charlotte, NC, for appellee.

---

* We recently held in *United States v. Sanders,* 247 F.3d 139 (4th Cir.2001), that the new rule announced in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Kim Rodney Farr seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *See United States v. Farr,* Nos. CR–99–4; CA–00–493–3–T (W.D.N.C. filed Nov. 3, 2000; entered Nov. 9, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

(2000), is not retroactively applicable to cases on collateral review. Accordingly, Farr's *Apprendi* claim is not cognizable.